

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-17-00014-CV

_____

IN RE DAVID BURROWS

Original Mandamus Proceeding

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Our review of the petition for writ of mandamus in this case indicates that it contains "sensitive data" as that phrase is defined in Rule 9.9 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.9(a). Sensitive data includes "a birth date, home address, and the name of any person who was a minor when the underlying suit was filed." TEX. R. APP. P. 9.9(a)(3). The aforementioned petition includes the name of a person who was a minor at the time the underlying suit was filed. Rule 9.9(b) states, "Unless the inclusion of sensitive data is specifically required by a statute, court rule, or administrative regulation, an electronic or paper document containing sensitive data may not be filed with a court unless the sensitive data is redacted, except for the record in an appeal under Section Two." TEX. R. APP. P. 9.9(b).

Because the petition for writ of mandamus includes sensitive data, we order the clerk of this Court or her appointee, in lieu of redaction, to seal the electronically filed petition for writ of mandamus in this case.

IT IS SO ORDERED.

BY THE COURT

Date:   February 2, 2017